1  LAWRENCE G. BROWN
   Acting United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5



FEB 27 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY J. HELLINGS
        DEPUTY CLERK

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7               EASTERN DISTRICT OF CALIFORNIA

8

9  IN THE MATTER OF:                )  SW-F 09-00038
                                    )        09-00039
10  640 WEST MCKINLEY AVENUE,       )        09-00040
    FRESNO, CALIFORNIA              )        09-00041
11                                  )        09-00042
    2446 NORTH WEBER AVENUE         )        09-00043
12  FRESNO, CALIFORNIA              )        09-00044
                                    )
13  2130 NORTH MARKS AVE APT #152   )  ORDER TO UNSEAL SEARCH WARRANT
    FRESNO, CALIFORNIA              )  AFFIDAVIT AND WARRANTS
14                                  )
    4851 NORTH CEDAR AVE APT #140   )
15  FRESNO, CALIFORNIA              )
                                    )
16  4337 NORTH CEDAR AVE APT #102   )
    FRESNO, CALIFORNIA              )
17                                  )
    4068 W. APPLE TREE LANE,        )
18  FRESNO, CALIFORNIA              )
                                    )
19  5034 WEST BULLARD AVE APT #205, )
    FRESNO, CALIFORNIA              )
20                                  )
    11621 AVE 261,                  )
21  TULARE, CALIFORNIA              )
                                    )
                                    )
22

23       The search warrant affidavit in this case having been

24  sealed by Order of its Court on January 27, 2009, and it

25  appearing that the affidavit and warrant are not required to

26  remain secret based upon the motion submitted by the

27  government,

28

                                1

1    IT IS HEREBY ORDERED that the search warrant affidavit and

2    warrant be unsealed and made public record.

3

4

5

6    DATED:  2/27/09                    _____
                                         UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28